## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:  Ryan Logan Campbell dba Campbell's Custom Computers<br>        Abigail Marie Campbell fka Abigail Marie Lubanovic<br>                    Debtor(s) | BK. NO. 17-22904-CMB<br><br>CHAPTER 7 |
| Ditech Financial LLC<br>                    Movant<br>            v.<br>Ryan Logan Campbell dba Campbell's Custom Computers<br>Abigail Marie Campbell fka Abigail Marie Lubanovic<br>                    Respondent(s)<br>            and<br>Jeffrey J. Sikirica, Trustee<br>                    Additional Respondent | Related to Doc. No. 15<br><br><br>**ENTERED BY DEFAULT** |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

      AND NOW, this 1st day of November, 2017, at Pittsburgh, upon Motion of Ditech Financial LLC, it is

      **ORDERED THAT:** The Motion is granted, and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is hereby modified with respect to the subject premises located at 200 Kittanning Street, Chicora, PA 16025 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

      _/s/ Carlota M. Böhm_
      United States Bankruptcy Judge     **dmr**

FILED
11/1/17 10:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Ryan Logan Campbell dba Campbell's Custom Computers
4003 William Flynn Highway
Slippery Rock, PA 16057

Abigail Marie Campbell fka Abigail Marie Lubanovic
4003 William Flynn Highway
Slippery Rock, PA 16057

Dai Rosenblum Esq.
254 New Castle Road, Ste B (VIA ECF)
Butler, PA 16001-2529
dunmyrem@zoominternet.net

Jeffrey J. Sikirica
BLUMLING & GUSKY, LLP
1200 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-22904-CMB
Ryan Logan Campbell                                                     Chapter 7
Abigail Marie Campbell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: Nov 01, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2017.
db/jdb        +Ryan Logan Campbell,    Abigail Marie Campbell,    4003 William Flynn Hwy.,
               Slippery Rock, PA 16057-1831

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2017 at the address(es) listed below:
          Dai Rosenblum    on behalf of Debtor Ryan Logan Campbell dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          Dai Rosenblum    on behalf of Joint Debtor Abigail Marie Campbell dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          James Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          Jeffrey J. Sikirica    trusteesikirica@consolidated.net, PA59@ecfcbis.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 5