**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ryan Logan Campbell** | Social Security number or ITIN | **xxx–xx–9764** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Abigail Marie Campbell** | Social Security number or ITIN | **xxx–xx–6245** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17–22904–CMB**

# Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ryan Logan Campbell
dba Campbell's Custom Computers

Abigail Marie Campbell
fka Abigail Marie Lubanovic

11/16/17

**By the court:**   Carlota M. Bohm
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-22904-CMB
Ryan Logan Campbell                                                     Chapter 7
Abigail Marie Campbell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: culy              Page 1 of 2           Date Rcvd: Nov 16, 2017
                               Form ID: 318            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2017.
```
db/jdb         +Ryan Logan Campbell,   Abigail Marie Campbell,   4003 William Flynn Hwy.,
                 Slippery Rock, PA 16057-1831
14660821        BHS Faster Care PLLC,   PO Box 1549, Suite 550,   Butler, PA 16003-1549
14660820       +Bank of America,   4909 Savarese Circle,   Tampa, FL 33634-2413
14660822        Butler Medical Providers,   PO Box 1549,   Butler, PA 16003-1549
14660824        Butler Memorial Hospital,   P.O. Box 37171,   Baltimore, MD 21297-3171
14660823       +Butler Memorial Hospital,   Attn: Billing,   One Hospital Way,   Butler, PA 16001-4697
14660825       +Butler Pediatrics,   901 East Brady St.,   Suite 101,   Butler, PA 16001-4649
14660826       +Chicora Borough Council,   P.O. Box J,   Chicora, PA 16025-0409
14660827       +Chicora Borough Sewer Authority,   200 Chicora Fenelton Road,   Chicora, PA 16025-4318
14660828       +Chicora Borough Sewer Authority,   P.O. Box 35,   Chicora, PA 16025-0035
14660829       +Chicora Borough Water Authority,   200 Chicora Fenelton Road,   Chicora, PA 16025-4318
14660834        First Mark,   P.O. Box 6099,   Jackson, MI 49204-6099
14660835       +Great Lakes Higher Education,   P.O. Box 7860,   Madison, WI 53707-7860
14660838      ++NEXTIER BANK,   SPECIAL ASSETS,   245 PITTSBURGH RD,   BUTLER PA 16001-3883
                 (address filed with court: Nextier Bank,   P.O. Box 250,   Evans City, PA 16033)
14660839       +Northland Group Inc.,   P.O. Box 390905,   Minneapolis, MN 55439-0905
14660840        PennPower,   PO Box 3687,   Akron, OH 44309-3687
14660841        Physiotherapy Corp. PP,   P.O. Box 824181,   Philadelphia, PA 19182-4181
14660843       +State Financial Network,   1974 spraul Road,   Broomall, PA 19008-3402
14660844       +Steve Lubanovic,   P.O. Box 412,   Chicora, PA 16025-1412
14660845       +Student Loan Corp/Firstmark,   PO Box 82522,   Lincoln, NE 68501-2522
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2017 01:03:55      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14660830       +E-mail/Text: kcarter@creditmanagementcompany.com Nov 17 2017 01:04:21
                 Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
14660831       +E-mail/Text: electronicbkydocs@nelnet.net Nov 17 2017 01:04:09     Dept. of Education/Nelnet,
                 121 S. 13th Street,   Lincoln, NE 68508-1904
14660832       +EDI: DISCOVERSL.COM Nov 17 2017 00:58:00      Discover Student Loans,   PO Box 30948,
                 Salt Lake City, UT 84130-0948
14660832       +E-mail/Text: DSLBKYPRO@discover.com Nov 17 2017 01:04:22     Discover Student Loans,
                 PO Box 30948,   Salt Lake City, UT 84130-0948
14660833       +E-mail/Text: bankruptcy.bnc@ditech.com Nov 17 2017 01:03:37     Ditech Financial LLC,
                 P.O. Box 6172,   Rapid City, SD 57709-6172
14660836        E-mail/Text: bonnie@ljross.com Nov 17 2017 01:03:39     LJ Ross Associates Inc.,
                 P.O. Box 6099,   Jackson, MI 49204-6099
14660837       +E-mail/Text: Bankruptcy@natfuel.com Nov 17 2017 01:04:04     National Fuel,   1100 State St.,
                 Erie, PA 16501-1912
14661894       +EDI: PRA.COM Nov 17 2017 00:58:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14660842       +E-mail/Text: bankruptcynotices@psecu.com Nov 17 2017 01:04:25     PSECU,   1500 Elmerton Ave.,
                 Harrisburg, PA 17110-9214
14660846       +EDI: RMSC.COM Nov 17 2017 00:58:00      SYNCB/DKDC,   P.O. Box 965005,   Orlando, FL 32896-5005
14660847        EDI: RMSC.COM Nov 17 2017 00:58:00      Synchrony Bank/Walmart,   P.O. Box 965024,
                 Orlando, FL 32896-5024
14660848       +EDI: CITICORP.COM Nov 17 2017 00:58:00      THD/CBNA,   P.O. Box 6497,
                 Sioux Falls, SD 57117-6497
14660849       +E-mail/Text: BankruptcyNotice@upmc.edu Nov 17 2017 01:04:27     UPMC Physicians Services,
                 1650 Metropolitan St.,   Pittsburgh, PA 15233-2212
14660850       +EDI: WFFC.COM Nov 17 2017 00:58:00      Wells Fargo Dealer Services,   P.O. Box 1697,
                 Winterville, NC 28590-1697
                                                                                              TOTAL: 15
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Ditech Financial LLC
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: culy                Page 2 of 2             Date Rcvd: Nov 16, 2017
                              Form ID: 318              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
          Dai   Rosenblum     on behalf of Debtor Ryan Logan Campbell dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          Dai   Rosenblum     on behalf of Joint Debtor Abigail Marie Campbell dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Jeffrey J. Sikirica    trusteesikirica@consolidated.net,  PA59@ecfcbis.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                              TOTAL: 5
```